In re Petition for DISCIPLINARY AC-
TION AGAINST Arthur W. LACHA-
PELLE, an Attorney at Law of the
State of Minnesota.

No. C0–91–1953.

Supreme Court of Minnesota.

Feb. 11, 1992.

## ORDER

WHEREAS, by petition for disciplinary
action dated September 30, 1991, the Di-
rector of the Office of Lawyers' Profes-
sional Responsibility charged Arthur W.
Lachapelle with professional misconduct
warranting disbarment; and

WHEREAS, after the respondent inter-
posed an answer to the petition, the Honor-
able Harlan L. Nelson, Judge of the Dis-
trict Court of Seventh Judicial District, was
appointed as Referee to hear the evidence
and make a report of his findings of fact,
conclusions of law and recommendation;
and

WHEREAS, on January 31, 1992, the
Referee recommended to this court that
Arthur W. Lachapelle be disbarred from
the practice of law and that he be suspend-
ed pending the final determination of the
disciplinary proceeding, Rule 16(e), Rules
on Lawyers' Professional Responsibility;

IT IS HEREBY ORDERED that respon-
dent Arthur W. Lachapelle be suspended
from the practice of law until such time as
this court has made a final determination
as to what professional discipline, if any, is
appropriate in the pending matter. The
respondent shall, within 10 days of the date
of this order, notify each of his clients of
his inability to continue representation of
the client and shall otherwise fully comply
with the provisions of Rule 26, Rules of
Lawyers' Professional Responsibility.